# ELECTRONIC RECORD

COA #   07-13-00332-CR          OFFENSE:   22.02

STYLE:   Phillip Leo Torres, Jr. v. The State of Texas          COUNTY:   Hall

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   100th District Court

DATE: 12/15/2014          Publish: NO   TC CASE #:   3616

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Phillip Leo Torres, Jr. v. The State of Texas          CCA #:   134-15

_PRO SE_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD